THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO.    CV05-0952RSL |
| Plaintiff, | |
| v. | JUDGMENT |
| TETRA TECH, INC., a Delaware corporation, | |
| Defendant. | |

### Summary of Judgment

Judgment Creditor:                          Northwest Administrators, Inc.
Judgment Debtor:                            Tetra Tech, Inc.
Principal Judgment Amount:          $2,240.30
Interest to Date of Judgment:             $21.48
Attorneys Fees:                                  $442.50
Costs:                                                 $288.50
Other Recovery Amounts:             NONE
Percent Interest on Principal:        Six percent (6%) per annum
Interest Rate on Costs:                 NONE
Attorneys for Judgment
  Creditor:                                     REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment

against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid,

Pedersen, McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having

reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 690, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust: for contributions of $1,866.92, for liquidated damages of $373.38, for pre-judgment interest of $21.48, for attorneys fees of $442.50, and for costs of $288.50; all for a total of $2,992.70, together with interest accruing thereupon at the rate of six percent (6%) per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 18th day of July, 2005.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Presented for Entry by:

s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy &
Ballew, L.L.P.
Attorneys for Plaintiff